UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                             :
JOSE JIMENEZ,                                :
                              Plaintiff,     :
                                             :    18 Civ. 7273 (LGS)
              -against-                      :
                                             :    ORDER
THE CITY OF NEW YORK,                        :
                              Defendant.     :
                                             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 26 and March 31, 2020, the Court directed Defendant to mail a copies of Orders to Pro Se Plaintiff (Dkt. Nos. 42-43). It is hereby

**ORDERED** that Defendant shall file proof of service of the Orders at Docket Nos. 42 and 43 by **April 3, 2020**.

Dated: April 1, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**