UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
JOSE JIMENEZ,                                                 :
                                           Plaintiff,         :
                                                              :     18 Civ. 7273 (LGS)
              -against-                                       :
                                                              :     ORDER
THE CITY OF NEW YORK,                                         :
                                           Defendant.         :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 31, 2020, the Court issued a civil case management plan and scheduling order requiring, in part, a status letter by June 1, 2020 (Dkt. No. 43);

WHEREAS, on June 1, 2020, no status letter was filed.  It is hereby

**ORDERED** that the parties shall file a joint status letter, as required by the March 31, 2020, Order by **June 8, 2020**.  The parties are reminded that failure to comply with Court-ordered deadlines may result in sanctions or prejudice.  It is further

**ORDERED** that Defendant shall email if possible and mail a copy of this Order to pro se Plaintiff and file proof of service by **June 8, 2020**.

Dated: June 4, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE