UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE JIMENEZ,                                   :
                                                :    ORDER
           Plaintiff,                           :    18 Civ. 7273 (LGS) (GWG)
                                                :
   -v.-
                                                :
THE CITY OF NEW YORK,                           :
                                                :
           Defendant.                           :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The date of the telephone conference to discuss settlement in this matter is changed from October 21, 2020, to Thursday, October 22, 2020, at 10:00 a.m.  At that date and time, the parties should dial-in to the Court's teleconference line with the same information provided previously to defendants' counsel by email.  Defendants' counsel is directed to promptly make any necessary arrangements with plaintiff's prison facility for the plaintiff's participation in this telephone call on the new date.

      All other provisions of the Court's Order dated September 21 2020 continue to apply.

      Defendants shall mail a copy of this Order to plaintiff and file proof of such mailing within five business days.

      SO ORDERED.

Dated: September 24, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge