UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                      :
JOSE JIMENEZ,                                   :
                               Plaintiff,   :
                                                  :     18 Civ. 7273 (LGS)
              -against-              :
                                                  :           <u>ORDER</u>
THE CITY OF NEW YORK,             :
                               Defendant.  :
                                                            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the September 17, 2020, Order (Dkt. No. 52) directed the parties to submit a joint letter providing their best estimate of the length of trial in this case by September 23, 2020.

       WHEREAS, the parties have not submitted such letter. It is hereby

       **ORDERED** that by **September 29, 2020**, the parties shall submit a joint letter providing their best estimate of the length of trial in this case. If Plaintiff is unable to participate, Defendant shall prepare and file such letter. Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

       The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: September 24, 2020
       New York, New York

                                                                            LORNA G. SCHOFIELD
                                                             UNITED STATES DISTRICT JUDGE