UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :
JOSE JIMENEZ,                                                 :
                                    Plaintiff,                :
                                                              :    18 Civ. 7273 (LGS)
              -against-                                       :
                                                              :    ORDER
THE CITY OF NEW YORK,                                         :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the September 24, 2020, Order (Dkt. No. 55) directed the parties to submit a joint letter providing their best estimate of the length of trial in this case by September 29, 2020.

WHEREAS, counsel for Defendant submitted an affidavit of service but did not submit such letter.  It is hereby

**ORDERED** that by **October 1, 2020**, the parties shall submit a joint letter providing their best estimate of the length of trial in this case.  If Plaintiff is unable to participate, Defendant shall prepare and file such letter.  Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: September 30, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE